In the Matter of the Judicial Settlement of the Account of Proceedings of CARRIE M. STALKER, as Executrix, etc., of EDWARD EVERETT CHAGNON, Deceased. CARRIE M. STALKER, Appellant. PUBLIC ADMINISTRATOR OF COUNTY OF NEW YORK, as Amicus Curiæ.—Appeal from parts of a decree of the Surrogate's Court of New York county settling the account of Carrie M. Stalker, as executrix, and denying her claim to securities set out in her account as executrix herein, and also denying her application for a decree directing the payment of the entire remaining estate of Edward Everett Chagnon to her absolutely. Appellant claimed title to the securities by reason of an alleged gift made to her by decedent. She petitioned the surrogate to direct payment to her of the entire residuary estate, on the ground that she was the sole beneficiary, executrix and sole continuing trustee under the decedent's will. Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

EMILY W. SEVERIN, Respondent, v. DAVID M. GRIFFITH, Appellant.— Order denying defendant's motion to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

MICHAEL J. HORAN, Respondent, v. ROSE MEADE, Appellant.— Order denying defendant's motion for judgment on the pleadings dismissing the complaint pursuant to rule 112 of the Rules of Civil Practice affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J,, McAvoy, O'Malley and Cohn, JJ.; Martin, P. J., dissents.

HARLOU, INC., QUINRAL, INC., Appellants, v. FRANK J. TAYLOR, as Comptroller of the City of New York, and Others, Respondents. — Order denying plaintiffs' motion for a temporary injunction unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

WILLIAM J. McDERMOTT, Appellant, v. CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK and Another, Defendants, Impleaded with THEODORE PRINCE and Others, Respondents.— Judgment dismissing the complaint on the ground that it fails to state facts sufficient to constitute a cause of action against defendants-respondents unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. DILLIARD, Appellant.— Judgment convicting defendant of violation of section 47 of the Insurance Law and section 665 of the Penal Law, unanimously affirmed. No opinion. Present — McAvoy, Townley, Untermyer and Dore, JJ.

In the Matter of FRANCIS X. BUTLER.— Motion granted. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.